IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DAVID NESENCHUK,

    Plaintiff,

vs.

DAY & NIGHT CARRIERS, LTD.; DAY & NIGHT CARRIERS, LTD., SHOAIB AKHTAR, ALL NEW, INC.,

    Defendants.

4:14CV3082

ORDER

The parties' motion to continue, (Filing No. 25), is granted as follows:

1) The trial and pretrial conference settings are set aside pending further order of the court.

2) A telephonic conference scheduled for June 9, 2015 is continued, and will be held on July 9, 2015 at 10:00 a.m. before the undersigned magistrate judge. The parties shall be prepared to discuss their progress toward settlement and any necessary trial and pretrial conference scheduling. Counsel for plaintiff shall place the call.

3) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is August 31, 2015. Motions to compel Rule 33 through 36 discovery must be filed by September 14, 2015 **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

4) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):    June 16, 2015.

    For the defendant(s):    July 30, 2015.

5) The deposition deadline is August 31, 2015.

6) The deadline for filing motions to dismiss and motions for summary

      judgment is September 16, 2015.[1]

7)     The deadline for filing motions to exclude testimony on *Daubert* and related grounds is August 31, 2015.

May 1, 2015.

                                BY THE COURT:

                                *s/ Cheryl R. Zwart*
                                United States Magistrate Judge

                                BY THE COURT:

                                *s/ Cheryl R. Zwart*
                                United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.