IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID NESENCHUK, | ) | 4:14CV3082 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DAY & NIGHT CARRIERS, LTD., DAY | ) | |
| & NIGHT CARRIERS, LTD., SHOAIB | ) | |
| AKHTAR, and ALL NEW, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that Plaintiff's motion for extension of time (Filing No. 48) is granted, as follows: The deadline for the parties to file a joint stipulation for dismissal (or other dispositive stipulation) is extended to November 30, 2016.

DATED this 18th day of November, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge