IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID NESENCHUK, | ) | 4:14CV3082 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| DAY & NIGHT CARRIERS, LTD., | ) | |
| DAY & NIGHT CARRIERS, LTD., | ) | |
| d/b/a ELDOMAR LOGISTICS, INC., | ) | |
| SHOAIB AKHTAR, and | ) | |
| ALL NEW, INC., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the parties' joint stipulation (filing no. 50) and Fed. R. Civ. P. 41(a),

    IT IS ORDERED that this action is dismissed with prejudice.

    DATED this 13th day of December, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge